JS - 6

cc: Warden Calipatria State Prison

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE HEREDIA,<br><br>Petitioner,<br><br>vs.<br><br>LARRY SMALL, Warden,<br><br>Respondent. | Case No. CV 09-3669-RGK (DTB)<br><br>**AMENDED JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with respect to Grounds One and Three. IT IS FURTHER ADJUDGED that the Petition is granted with respect to Ground Two. Respondent is ordered to either release petitioner or retry him within 180 days of the date of this order.

DATED: April 10, 2012

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1